974 A.2d 419

IN THE MATTER OF ELLAN A. HEIT, AN ATTORNEY AT LAW.

July 17, 2009.

## ORDER

This matter having been duly presented to the Court with the consent of the Director of the Office of Attorney Ethics and Stephen A. Heit, Power of Attorney for **ELLAN A. HEIT,** formerly of **HACKSENSACK,** who as admitted to the bar of this State in 1989;

And it appearing that **ELLAN A. HEIT** lacks the capacity to practice law at this time;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12, **ELLAN A. HEIT** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **ELLAN A. HEIT** is hereby restrained and enjoined from practicing law during the period that she remains on disability inactive status; and it is further

ORDERED that **ELLAN A. HEIT** comply with *Rule* 1:20–20 governing incapacitated attorneys.